JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE L. NORWOOD,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID BAUGHMAN,<br><br>    Respondent. | Case No. 2:19-cv-02497-CJC (SHK)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: May 13, 2020

_____
HONORABLE CORMAC J. CARNEY
United States District Judge